

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00007-CR
_____

EX PARTE MUQTASID QAADIR A/K/A MUQTASID QADIR

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. C-213-W012764-0591998

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Muqtasid Qaadir a/k/a Muqtasid Qadir attempts to appeal from the trial court's December 10, 2025 "Order of Referral" referring to a magistrate Appellant's application seeking habeas corpus relief under Article 11.07 of the Texas Code of Criminal Procedure. On January 16, 2026, we sent Appellant a letter notifying him of our concern that we lack jurisdiction over his appeal. As stated in our letter,

> In criminal cases, this court's jurisdiction is generally limited to appeals from judgments of conviction or orders made appealable by statute. *See Abbott v. State*, 271 S.W.3d 694, 697 & n.8 (Tex. Crim. App. 2008); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam). The trial court's "Order of Referral" does not appear to be a conviction judgment or order made appealable by statute. Additionally, this court has no jurisdiction over matters relating to postconviction habeas applications under Article 11.07. *See* Tex. Code Crim. Proc. Ann. art. 11.07; *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding).

We stated that unless Appellant or any party desiring to continue the appeal filed with this court on or before January 26, 2026, a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 43.2(f), 44.3. We received no such response.

Because the "Order of Referral" is not a conviction judgment or order made appealable by statute and because this court has no jurisdiction over matters relating to postconviction habeas applications under Article 11.07, we dismiss the appeal for

want of jurisdiction.  *See* Tex. R. App. P. 43.2(f); *Abbott*, 271 S.W.3d at 697 & n.8;

*Keene*, 910 S.W.2d at 483; *McKown*, 915 S.W.2d at 161.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  February 19, 2026